IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANETTE SANCHEZ,

      Plaintiff,

v.                                                                                  No. 2:15-CV-00765-CG

CAROLYN W. COLVIN,
Acting Commissioner of Social Security Administration,

      Defendant.

## ORDER AWARDING ATTORNEY FEES UNDER EAJA

**THIS MATTER** having come before the Court upon Plaintiff's *Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, with Memorandum in Support*, (Doc. 34), filed December 15, 2016, and it being stated that Defendant does not oppose the Motion, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that attorney fees be, and hereby are, awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), ("EAJA"), payable to Plaintiff in the amount of $4,080.80.  *See Astrue v. Ratliff*, 130 U.S. 2521 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

**IT IS FURTHER ORDERED THAT**, if Plaintiff's counsel receives attorney fees and costs under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE